

```
 1  ALEX REISMAN, State Bar No. 45813
    BOURDON & REISMAN
 2  861 Bryant Street
    San Francisco, CA 94103
 3  Telephone: (415) 626-5134
    Fax: (415) 626-5257
 4
    Attorney for Defendant
 5  NEIL SANDERS
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,    )   Case No. CR 05-491
                                 )            3-05-70560-EMC
12                               )
           Plaintiff,            )   [PROPOSED] ORDER RE:
13                               )   MODIFICATION OF CONDITIONS
      vs.                        )   OF PRETRIAL RELEASE
14                               )
                                 )
15  NEIL SANDERS,                )
                                 )
16                               )
           Defendant.            )
17                               )
                                 )
18  _____)
19
20         Pursuant to Stipulation by and between the parties, defendant Neil Sanders,
21  plaintiff United States of America, and Pretrial Services, the conditions of defendant's
22  pretrial release are hereby modified as follows:
23
24         IT IS HEREBY ORDERED that the defendant may leave the New Bridge Drug
25  Treatment Program, 1820 Scenic Avenue, Berkeley, California, forthwith. Once the
26  defendant leaves said program he shall seek and obtain outpatient drug treatment services
27  as directed by Pretrial Services.
28
29
```

*U.S. v. Sanders,* No. 3-05-70560
Order re: Modification of Conditions of
Pretrial Release                                                      1

FILED
NOV X 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | All other conditions of defendant's pretrial release, as set forth in the Conditions of Release and Appearance dated and filed July 22, 2005, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __11/4__, 2005

_____
HON. EDWARD M. CHEN
Magistrate Judge of the United States
District Court for the Northern
District of California

U.S. v. Sanders, No. 3-05-70560
Order re: Modification of Conditions of
Pretrial Release

2